IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW D. BUFFKINS,<br><br>      Defendant. | **8:09CR18**<br><br>**ORDER** |

Defendant Andrew D. Buffkins appeared before the court on Friday, October 17, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [48]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney on behalf of Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

  IT IS FURTHER ORDERED:

  1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 5, 2014 at 2:30 p.m. Defendant must be present in person.

  2 The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

  3. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

  Dated this 17th day of October, 2014.

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge